IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 1:15-bk-02996-MDF |
|---|---|
| CHARLES DAVID GEARY, | Chapter 13 |
| Debtor | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BERNSTEIN-BURKLEY, P.C. ON BEHALF OF OCWEN LOAN SERVICING, LLC

To the Clerk of Courts:

Kindly withdraw the appearance of Peter J. Ashcroft, Esq. and Bernstein-Burkley, P.C. as local counsel for Ocwen Loan Servicing, LLC in the present matter. Bernstein-Burkley, P.C. was retained to handle the plan objection which was resolved. Lead counsel, Robertson, Anschutz and Schneid, shall remain counsel of record as per the Creditor Request for Notices filed at Doc. No. 22.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J Ashcroft
Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8107
Fax - (412) 456-8135

Counsel for Ocwen Loan Servicing, LLC

Dated: September 2, 2016