**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Charles David Geary
        <u>Debtor(s)</u>

BKY. NO. 15-02996 MDF

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1533

                Respectfully submitted,

                **<u>/s/ Thomas Puleo</u>**
                Thomas Puleo, Esquire
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406
                Attorney for Movant/Applicant