Certificate Number: 01267-PAM-DE-031313258

Bankruptcy Case Number: 15-02996


01267-PAM-DE-031313258

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2018, at 3:41 o'clock PM CDT, Charles Geary completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 12, 2018

By: /s/Jasmin Fox

Name: Jasmin Fox

Title: Counselor